# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARCUS COX,** | : | **CIVIL ACTION** |
|     **Plaintiff** | : | |
| | : | |
| **vs.** | : | **14-5214** |
| | : | |
| **P/O KENNETH BOLTON, et al.,** | : | |
|     **Defendants** | : | |

## O R D E R

**AND NOW,** this   27th   day of August, 2015, upon consideration of the plaintiff's *pro se* motion to alter judgment under Rule 59(e) of the Federal Rules of Civil Procedure (Document #8), IT IS HEREBY ORDERED that the motion is DENIED.

                                                      BY THE COURT:

                                                        /s/ Lawrence F. Stengel  
                                                      LAWRENCE F. STENGEL, J.